## Frank WILLIAMS v. STATE.
### No. 16376.

Court of Criminal Appeals of Texas.
Jan. 10, 1934.

George D. Hagans, of Denison, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for failing to stop and render aid; punishment, confinement in the county jail for a period of six months.

The record is here without statement of facts or bills of exception. The indictment, the charge of the court, the judgment, and sentence appear to be regular.

The judgment will be affirmed.

## Horace WILLIAMS v. STATE.
### No. 16422.

Court of Criminal Appeals of Texas.
Jan. 10, 1934.

Ben Cathey, of Quitman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for an attempt to commit burglary; punishment, two and one-half years in the penitentiary.

There is neither statement of facts nor bills of exception in the record. The matters of procedure appear regular.

The judgment will be affirmed.

## Walter WILLIAMS v. STATE.
### No. 16513.

Court of Criminal Appeals of Texas.
Feb. 7, 1934.

Ross Huffmaster, of Kaufman, and Fred V. Meredith and Pat Coon, Jr., both of Terrell, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for incest; punishment, two years in the penitentiary.

The record is here without statement of facts, or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.